IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-26 Erie |
| | ) |
| GEORGE L. EBERLE | ) |

**MOTION TO EXTEND THE TIME FOR THE**
**FILING OF PRETRIAL MOTIONS**

AND NOW, comes the defendant, GEORGE L. EBERLE, by his attorney, Thomas W. Patton, Assistant Federal Public Defender, and respectfully moves this Honorable Court for an Extension of Time to File Pretrial Motions, and in support thereof sets forth as follows:

1. The defendant, George L. Eberle, has been charged in a four-count indictment with violations of Title 18, U.S.C. §§ 371, 2252(a)(1)& 2, 2252(a)(2) & 2 and 2252(a)(4)(B) & 2; conspiracy, sexual exploitation of a minor and receipt of and possession of material depicting the sexual exploitation of a minor.

2. Pursuant to an Order of Court dated June 30, 2005, certain types of pretrial motions are due on August 11, 2005.

3. Additional time is needed to complete counsel's investigation of the facts and law before informed decisions can be made concerning the filing of pretrial motions. Specifically, while defense counsel has meet with the government to review discovery, defense counsel has not yet received all of the discovery materials from the government.

    4.   Accordingly, counsel requests an additional thirty (30) within which to file pretrial motions.

    WHEREFORE, defendant, George L. Eberle, respectfully requests an extension of thirty (30) days to file pretrial motions.

                                Respectfully submitted,

                                <u>/s/ Thomas W. Patton</u>
                              Thomas W. Patton
                              Assistant Federal Public Defender
                              PA ID #88653