IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | Criminal No. 05-26 E |
| ) | |
| GEORGE L. EBERLE ) | |

## ORDER OF COURT

AND NOW, to-wit, this ____ day of _____, 2006, upon consideration of the foregoing Motion to Strike Surplusage from the Indictment, it is hereby ORDERED, ADJUDGED, AND DECREED that said motion is granted. Paragraphs 5, 6(e) and 6(f) of count one are ordered stricken from the indictment.

_____
HONORABLE SEAN J. McLAUGHLIN
United States District Judge