IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Vs. | ) CR 05-26 Erie |
| | ) |
| GEORGE L. EBERLE and | ) |
| ALESHA M. EBERLE, | ) |
| Defendants. | ) |

**NOTICE**

PLEASE TAKE NOTICE that the **Hearing** previously scheduled on March 1, 2006 at 10:00 a.m. has been rescheduled for **March 1, 2006 at 1:30 p.m.** before the Honorable Sean J. McLaughlin, in Courtroom C, U.S. Courthouse and Postoffice, Erie, PA.

S/Nicole M. Kierzek
Courtroom Deputy Clerk to
Sean J. McLaughlin, U.S. District Judge

cc: all parties of record