IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.         ) | Criminal No. 05-26 E |
| ) | |
| GEORGE L. EBERLE         ) | |

## ORDER OF COURT

AND NOW, upon consideration of the foregoing Motion *In Limine* to Exclude Government's Proferred 404(b) Evidence, it is hereby ORDERED, ADJUDGED, AND DECREED that said motion is granted.

_____
HONORABLE SEAN J. McLAUGHLIN
United States District Judge