# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. )
)
_____ )
Plaintiff )
)
)
vs. ) No. CR 05-26 E
)
George Eberle (1) )
Alesha Eberle (2) )
_____ )
Defendant )

HEARING ON Motions

Held on Tuesday 3-7-06

Before Judge McLaughlin

Christian Trabold                    Thomas Patton (1)
                                     Michael Hadley (2)
_____        _____
Appear for Plaintiff                 Appear for Defendant

Hearing begun 9:08 - 10:20am  10:31-11:40am 11:45am - 12:10pm
Hearing adjourned to 1:12pm - 2:06pm
2:14 - 3:02 pm

Hearing concluded C.A.V. _____    Stenographer Ron Bench

                                     Clerk Jeff Grossett

### WITNESSES:

For Plaintiff                        For Defendant
_____        _____

Mtn 57 under advisement
Mtn 77 under advisement
Mtn 63 under advisement
Mtn 58 to join

Δ's Exhibit "D" admitted - attached