```
HOUSE OF TELEVISION              *** Item History Report ***           Run Date:  9/21/2005
47 N. CENTER ST                                                         Run Time:  3:42 PM
CORRY, PA 16407                                                         Report Number:  1014
                                                                        Page:           1


  Date     Activity
---------------------------------------------------------------------------------------------
  Item Number : 713637
  Model Number :HP973
  Serial Number:MX13807789
         Category:CPU - COMPUTER SYSTEMS
            Brand:HPP - HEWLETT PACKARD PAVILION
  Description:HP COMPUTER
            Cost:    449.00

  Total Rental Income:

11/25/2003  Item was transferred IN
1/11/2005   Item was rented to:KELSEY, CHUCK           Rent Collected:    269.82
12/27/2004  Item was terminated, reason:HIGH RISK !!!-DO NOT RE RENT
9/30/2004   Item was returned by:GEORGE, JIM
9/30/2004   Item was rented to:GEORGE, JIM             Rent Collected:    142.60
9/03/2004   Item was loaned to:GEORGE, JIM
9/03/2004   Item was terminated, reason:Zero Balance - OK to Rent
8/26/2004   Item was rented to:URBAN, WANDA            Rent Collected:      0.24
8/20/2004   Item was terminated, reason:RETURN W/BALANCE-OK TO RE RENT
7/20/2004   Item was rented to:EBERLE, GEORGE          Rent Collected:     60.67
7/14/2004   Item was terminated, reason:RETURN W/BALANCE-OK TO RE RENT
4/05/2004   Item was rented to:EBERLE, GEORGE          Rent Collected:    220.24
4/05/2004   Item was terminated, reason:Zero Balance - OK to Rent
1/30/2004   Item was returned from service
1/23/2004   Serviced by:WILL                           Cost was:            0.00
1/21/2004   Item was rented to:EBERLE, GEORGE          Rent Collected:     16.99
1/21/2004   Item was rented to:EBERLE, GEORGE          Rent Collected:    167.47
1/21/2004   Item was terminated, reason:Zero Balance - OK to Rent
1/19/2004   Item was terminated, reason:Zero Balance - OK to Rent
1/12/2004   Item was returned from service
1/10/2004   Serviced by:ABE                            Cost was:            0.00
12/08/2003  Item was rented to:CSARFOSS, WALTER        Rent Collected:     75.18
11/25/2003  Item was transferred IN
1/02/2002   Item was Acquired.

  Rental Income this Location:    953.41


*** End of Report ***
```



DEFENDANT'S EXHIBIT
CASE NO. 05-26
EXHIBIT NO. D

```
F1 Key help  F9 Hide keys                          2/23/06 11:03a
---------------------[ 6,HOUSE OF TELEVISION CORRY
]---------------------
REVIEW CUSTOMERS - DETAIL

Customer Number: 604631
        Name: URBAN, WANDA
+---ITEMS-----++--------------------------------------------------+
|             ||  Brand: HPP - HEWLETT PACKARD PAVILION           |
|  000803335  ||Category: CPU - COMPUTER SYSTEMS                  |
|             ||                                                  |
|  000708136  ||  Model: HP973                                    |
|  000400804  |+--------------------------------------------------|
|  000718044  ||Link:006 Agreement No:  614071   Rental Rates   Ins Rates
|             ||
|  000602382  ||  Rented:08/26/2004      Monthly:   64.91      .00 |
|  000714326  ||Terminated:09/03/2004    Weekly:    14.99      .00 |
|  000712083  || Last Due:09/18/2004     Daily:      2.14      .00 |
|  000712736  ||                         Bi-Week:   29.98      .00 |
|  000719814  || Balance:  778.68        S-Month:   32.45      .00 |
|  000711363  ||Rent Loss:      .00                                |
|  000719748  ||  Picked Up/Paid Out:** Picked Up **               |
|> 000713637< ||  Termination Reason: Zero Balance - OK to Rent    |
|             ||
|  000717502  ||   Swapped for item:00000000                       |
|  000120314  ||Rent Collected:    .24  Agreement Periods:  12 Months
|  000602011  || Ins Collected:    .00       Rented:   0 Months    |
|             ||Late Collected:    .00       Remain:  12 Months    |
+-------------++--------------------------------------------------+
```