IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CRIMINAL CASES ONLY

The following cases are listed for trial beginning on **May 8, 2006**, before the Honorable Sean J. McLaughlin, in Courtroom C, 2nd Floor, U.S. Federal Building and Courthouse, Erie, Pennsylvania.

When cases are called for trial between **May 8, 2006 and June 12, 2006**, counsel are to be prepared to select a jury and proceed to trial. Counsel are directed to keep the Clerk notified if there is any change in the status of each case. The order for selection is as follows:

| #   | Case No.     | Case                                                              | Counsel                                                                              |
| --- | ------------ | ----------------------------------------------------------------- | ------------------------------------------------------------------------------------ |
| 1.  | CR 04-50 Erie | USA v. Price                                                      | (Trabold, Patton)                                                                    |
| 2.  | CR 05-26 Erie | USA v. Eberle, George                                             | (Trabold, Patton)                                                                    |
| 3.  | CR 05-26 Erie | USA v. Eberle, Alesha                                             | (Trabold, Hadley)                                                                    |
| 4.  | CR 05-42 Erie | USA v. Thompson                                                   | (Trabold, Patton)                                                                    |
| 5.  | CR 05-20 Erie | USA v. Graham                                                     | (Trabold, Patton)                                                                    |
| 6.  | CR 05-30 Erie | USA v. Adams                                                      | (Trabold, Patton)                                                                    |
| 7.  | CR 05-32 Erie | USA v. Falciglia                                                  | (Sanner, Patton)                                                                     |
| 8.  | CR 05-47 Erie | USA v. Hopkins                                                    | (Sanner, Patton)                                                                     |
| 9.  | CR 05-50 Erie | USA v. Bedlow                                                     | (Trabold, Patton)                                                                    |
| 10. | CR 05-53 Erie | USA v. Kerr & Cordero                                             | (Trabold, Patton, Schroeder)                                                         |
| 11. | CR 05-54 Erie | USA v. Klos                                                       | (Trabold, Brink)                                                                     |
| 12. | CR 05-56 Erie | USA v. Stone                                                      | (Trabold, Patton)                                                                    |
| 13. | CR 05-57 Erie | USA v. Wood                                                       | (Sanner, Patton)                                                                     |
| 14. | CR 05-59 Erie | USA v. Huber                                                      | (Sanner, Patton)                                                                     |
| 15. | CR 06-01 Erie | USA v. Barnes, Jones, Carter, Williams, Wilson, Jones, Thomas & Chase | (Piccinini, Granger, Misko, Schroeder) (Moore, Sughrue, Placidi) (Lucas, Ridge) |
| 16. | CR 06-03 Erie | USA v. Rovnak & Ross                                              | (Trabold, Patton, Sandmeyer)                                                         |
| 17. | CR 06-06 Erie | USA v. Kapala & Kapala                                            | (Piccinini, Patton, Cogan)                                                           |
| 18. | CR 06-07 Erie | USA v. Freshour                                                   | (Trabold, Patton)                                                                    |
| 19. | CR 06-10 Erie | USA v. Noble                                                      | (Trabold, Patton)                                                                    |

IMMEDIATELY UPON RECEIPT OF THIS NOTICE, COUNSEL FOR THE GOVERNMENT ARE TO ISSUE APPROPRIATE WRITS OF HABEAS CORPUS TO THE U.S. MARSHAL SERVICE FOR ANY AND ALL OUT OF STATE DEFENDANTS OR WITNESSES

Nicole M. Kierzek
Courtroom Deputy to Judge Sean J. McLaughlin

cc: All counsel
United States Attorney
Federal Public Defender
United States Marshal
United States Pretrial Services