IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-26 E |
| ) | |
| GEORGE L. EBERLE ) | |

**DEFENDANT GEORGE L. EBERLE'S MOTION TO CONTINUE TRIAL**

AND NOW, comes the defendant, George L. Eberle, by his attorney, Thomas W. Patton, Assistant Federal Public Defender, and files the within Motion to Continue Trial and in support thereof sets forth as follows:

1. The trial in this case is currently set to begin on Wednesday, May 10, 2006.

2. The defense in the case is heavily reliant upon expert testimony.

3. The expert retained by Mr. Eberle to assist in the defense of the case has died, leaving Mr. Eberle without the assistance of an expert for trial.

4. Mr. Eberle respectfully requests that the trial in this case be continued to the August trial term so that he can retain a new expert and that expert can have sufficient time to prepare for trial.

WHEREFORE, the defendant, George L. Eberle, respectfully requests that this Honorable Court continue the trial in this case to the August trial term.

Respectfully submitted,

/s/ Thomas W. Patton
Thomas W. Patton
Assistant Federal Public Defender
PA I.D. No. 88653