IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-26 Erie |
| | ) |
| GEORGE L. EBERLE | ) |

## ORDER OF COURT

Upon consideration of the within Motion to Continue Trial, it is hereby ORDERED, ADJUDGED and DECREED that said motion is hereby granted;

IT IS FURTHER ORDERED that the time between the signing of this order and the beginning of the August trial term shall be excluded under Title l8 U.S.C. §3l6l(h)(8)(A), since the court finds that the additional period is necessary to enable counsel for the defendant to adequately investigate and prepare for trial.

_____
SEAN J. McLAUGHLIN
United States District Judge

cc:    Thomas W. Patton, AFPD
       Christian A. Trabold, AUSA