IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA           )
                                   )
              VS.                  )   CR. NO. 05-26 ERIE
                                   )
GEORGE L. EBERLE                   )

MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

1. DATE OF ARRAIGNMENT:  6/19/06

2. DEFENDANT IS:            _X_INCARCERATED
                            ___ON BOND

3. DEFENDANT ENTERED A PLEA OF NOT GUILTY

4. THE PARTIES WERE ADVISED ALL PRE-TRIAL MOTIONS MUST BE FILED
WITHIN TEN (10) DAYS.

5. A RULE 16 CONFERENCE: ___HAS BEEN HELD
                         ___HAS NOT BEEN HELD

6. DISCOVERY IS:         ___COMPLETED
                         ___NOT COMPLETED

7. DEFENDANT HAS REQUESTED TO BE TRIED BY:      ___JURY
                                                ___NON-JURY

8. ALL PARTIES HAS BEEN ADVISED THAT THE MATTER:

    ___HAS BEEN SCHEDULED FOR TRIAL _____
       BEFORE U.S. DISTRICT JUDGE SEAN J. McLAUGHLIN
    ___HAS NOT BEEN SCHEDULED FOR TRIAL

9. ESTIMATED TRIAL TIME:_____

10. OTHER:_____

                        s/Susan Paradise Baxter
                        SUSAN PARADISE BAXTER
                        Chief United States Magistrate Judge