IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-26 Erie |
| | ) | |
| GEORGE L. EBERLE | ) | |
| ALESHA M. EBERLE | ) | |

**ARRAIGNMENT PLEA**                    **ARRAIGNMENT PLEA**

Defendant George L. Eberle          Defendant Alesha M. Eberle

being arraigned, pleads _not guilty_   being arraigned, pleads _not guilty_

in open Court this _19th_ day of     in open Court this _19th_ day of

_June_____, 2006.          _June_____, 2006.

_____          _____
(Defendant's Signature)            (Defendant's Signature)

_____          _____
(Attorney for Defendant)           (Attorney for Defendant)