IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-26 Erie |
| | ) |
| GEORGE L. EBERLE | ) |
| ALESHA M. EBERLE | ) |

## O R D E R

AND NOW, this _____ day of _____, 2006, the within motion is granted and it is hereby ORDERED that Indictment No. 05-26 Erie returned by the Federal Grand Jury on June 7, 2005, be and the same is hereby dismissed.

 

_____
UNITED STATES DISTRICT JUDGE

cc:   United States Attorney