```
              IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-26 Erie |
| | ) |
| GEORGE L. EBERLE | ) |

### MOTION TO EXTEND THE TIME FOR THE <u>FILING OF PRETRIAL MOTIONS</u>

AND NOW, comes the defendant, GEORGE L. EBERLE, by his attorney, Thomas W. Patton, Assistant Federal Public Defender, and respectfully moves this Honorable Court for an Extension of Time to File Pretrial Motions, and in support thereof sets forth as follows:

1. The defendant, George L. Eberle, has been charged in a three-count superseding indictment with violations of Title 18, U.S.C. §§ 2252(a)(1) and 2252(a)(4)(B) & 2; transportation and and possession of material depicting the sexual exploitation of a minor.

2. On or about June 19, 2006, an arraignment was held before United States District Magistrate Judge Susan Paradise Baxter.

3. Pursuant to Local Criminal Rule 16 and Federal Rule of Criminal Procedure 45(a), certain types of pretrial motions are due on July 3, 2006.

4. The parties are attempting to negotiate a settlement of this matter which, if successful, would obviate the need for the filing of pretrial motions.

    5.    Accordingly, counsel requests an additional thirty (30) days within which to file pretrial motions.

    WHEREFORE, defendant, George L. Eberle, respectfully requests an extension of thirty (30) days to file pretrial motions.

                           Respectfully submitted,

                           <u>/s/ Thomas W. Patton</u>
                           Thomas W. Patton
                           Assistant Federal Public Defender
                           PA ID #88653