# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIMINAL NO. 05-26 ERIE |
| | ) |
| GEORGE L. EBERLE | ) |
| Defendant | ) |

## CHANGE OF PLEA HEARING

Held on  August 1, 2006

Before Judge  Sean J. McLaughlin

Christian Trabold, AUSA                          Thomas W. Patton

_____                 _____
Counsel for U.S.A.                                       Counsel for Defendant

Hearing begun  1:30 pm          Hearing adjourned to  1:53 pm

Hearing concluded C.A.V. _____   Stenographer Ronald J. Bench

                                          Clerk  N. Kierzek

### WITNESSES:

_____

DEFENDANT SWORN; DEFENDANT FOUND COMPETENT

PLEA ENTERED FOR COUNT(S) ONE (1s)

GOVERNMENT'S EXHIBIT One, Plea Agreement ADMITTED AND ATTACHED

DEFENDANT TO BE SENTENCED ON November 21, 2006    AT  10:30 am