IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CRIMINAL NO. 05-26 ERIE |
| ) | |
| GEORGE L. EBERLE, ) | |
| Defendant. ) | |

## PLEA

AND NOW, the defendant, **GEORGE L. EBERLE,** in the above entitled case hereby, withdraws the plea of NOT GUILTY, entered June 19, 2005, and now pleads GUILTY to Count(s) One (1s) in open Court this 1ˢᵗ day of August, 2006

_____
George L. Eberle, Defendant

_____
Thomas W. Patton, Attorney for Defendant