# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America   )
                           )
                           )
           vs.             ) No. CR 05-26 Erie
                           )
George L. Eberle           )
                           )
        Defendant          )

HEARING ON **Sentencing**

Held on **November 14, 2006**

Before Judge **Judge McLaughlin**

**Christian Trabold, AUSA**     **Thomas Patton, FPDA**

_____ Appear for Defendant

Hearing begun **1:28 pm**         Hearing adjourned to **2:40 pm**

Hearing concluded C.A.V. _____   Stenographer **Ron Bench**

                                  Clerk **N. Kierzek**

WITNESSES:

For Plaintiff                     For Defendant

Δ Sentenced to 27 months imprisonment; 3 years supervised release; $100.00 Special Assessment; fine waived; Restitution N/A.

Counts 2s and 3s dismissed

J.C. to follow